U. S. DISTRICT COURT
Southern District of GA
Filed in Office
5:00 P.M
Mar. 1 20 18
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) Case No. CR410-98
)
HARRY DUNHAM )

ORDER

The above captioned case filed in the Savannah Division of this Court was previously assigned to the Honorable B. Avant Edenfield.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable Lisa Gobdey Wood for further plenary disposition.

SO ORDERED, this 1ST day of March, 2018.

J. Randal Hall
Chief United States District Judge
Southern District of Georgia